EDWIN R. LAVIN, Appellant, v. RUSSELL CRAIG LAVIN and Others, Respondents. — Appellant instituted a proceeding in the Municipal Court against the respondents upon a petition alleging forcible entry and detainer, pursuant to sections 1412 and 1426 of the Civil Practice Act. At the same time he began this action and sought as incidental relief that the respondents be restrained from interfering with his possession of the same premises described in the summary proceeding. The respondents, before answer, moved to remove the summary proceeding and consolidate it with this action and for such other and further relief as might be just and proper. The motion to remove and consolidate was denied but the court granted an order staying the trial of the summary proceeding until the final determination of this action or the further order of the court. From such order this appeal is taken. Order reversed on the law, with ten dollars costs and disbursements, stay vacated, and the motion denied, with ten dollars costs. The court was without power to stay the trial of the summary proceeding under the circumstances here present. (Civ. Prac. Act, § 1446.) Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

MARIAN MONTESANO and Others, Respondents, v. DURABLE LEATHER GOODS COMPANY, INC., and Others, Defendants, and MICHAEL KAGANOWITZ, Also Known as MICHAEL KAY, and CHARLES MEYERS, Appellants.— Action by thirty-six plaintiffs to recover for unpaid compensation, for overtime employment and for liquidated damages, pursuant to the Federal Fair Labor Standards Act of 1938. Judgment for plaintiffs, and order denying motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK ROSEN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting the defendant of the crime of violating section 435-c of the Penal Law (fraudulent identification of meats), unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.